UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Plaintiff(s),

v.                                           Case No. 2:19−cv−12736−NGE−APP
                                              Hon. Nancy G. Edmunds

City of Troy,

                        Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 672, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  June 16, 2020 at 01:30 PM

**ADDITIONAL INFORMATION:**   Please review Magistrate Judge Anthony P. Patti's Practice Guidelines for SETTLEMENT CONFERENCES which are available at, http://www.mied.uscourts.gov/.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/M Williams
                                                          Case Manager

Dated:   November 7, 2019