## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-cv-12736 |
| ) | |
| v. ) | **ERRATA SHEET** |
| ) | |
| ) | |
| **CITY OF TROY, MICHIGAN** ) | |
| ) | |
| Defendant. ) | |

The parties' Joint Stipulation Regarding Case Management and Discovery

(ECF No. 18) included the incorrect e-signature for one of the United States'

counsel. The e-signature representing the United States Attorney for the Eastern

District of Michigan should have reflected Shannon Ackenhausen's name.

For the United States:

MATTHEW SCHNEIDER
United States Attorney
Eastern District of Michigan

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief

*/s/ Susan DeClercq*
SUSAN K. DECLERCQ
(P60545)

*/s/ Abigail Marshak*
TIMOTHY J. MORAN
Deputy Chief

Assistant United States Attorney
Chief, Civil Rights Unit
SHANNON M. ACKENHAUSEN
(P83190)
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9730
Facsimile: (313) 226-3271
Susan.DeClercq@usdoj.gov
Shannon.Ackenhausen@usdoj.gov

ABIGAIL B. MARSHAK
(NY 5350053)
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
4 Constitution Square / 150 M Street NE
Washington, DC 20530
Phone: (202) 514-1968
Facsimile: (202) 514-1116
Abigail.Marshak@usdoj.gov

Dated: December 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically filed the foregoing document, Errata Sheet, with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record for Defendant, the City of Troy, Michigan.

*/s/ Abigail B. Marshak*
ABIGAIL B. MARSHAK (NY 5350053)
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
4 Constitution Square
150 M Street NE
Washington, DC 20530
Phone: (202) 514-1968
Facsimile: (202) 514-1116
Abigail.Marshak@usdoj.gov