# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-cv-12736 |
| ) | Hon. Nancy G. Edmunds |
| v. ) | |
| ) | |
| ) | |
| **CITY OF TROY, MICHIGAN** ) | |
| ) | |
| Defendant. ) | |

*and*

| | |
|---|---|
| **ADAM COMMUNITY CENTER**, a ) | |
| domestic nonprofit corporation, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-cv-13481 |
| ) | Hon. Nancy G. Edmunds |
| v. ) | |
| ) | |
| **CITY OF TROY**, a Municipal ) | |
| corporation, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER EXTENDING SCHEDULE AND IMPOSING TWO MONTH STAY OF DISCOVERY

Having considered the parties' Joint Motion to Extend Schedule and Impose Two Month Stay of Discovery, to advance settlement negotiations, and for good cause shown, discovery in the above captioned-matters shall be stayed from

December 20, 2019, to February 20, 2020, and the parties shall follow the below-listed deadlines:

- **Discovery Resumes:** February 20, 2020
- **Witness Lists Exchanged By:** May 11, 2020
- **Discovery Cutoff:** June 15, 2020
- **Dispositive Motions Filed By:** July 27, 2020
- **Final Pretrial Order Due:** November 10, 2020
- **Final Pretrial Conference:  November 17, 2020 @ 2:00 pm**
- **Trial Date (trailing):  December 8, 2020 @ 9:00 am**

**SO ORDERED.**

<u>s/ Nancy G. Edmunds</u>
NANCY G. EDMUNDS
United States District Judge

Dated:  December 30, 2019