AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-12736 |
| City of Troy, Michigan | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, United States of America                                                                                  .

Date:   10/01/2020

/s/ Katherine A. Raimondo
*Attorney's signature*

Katherine A. Raimondo, DC Bar 985157
*Printed name and bar number*

U.S. Department of Justice, Civil Rights Division,
Housing & Civil Enforcement Section
4 Constitution Square, 150 M Street, NE
Washington, DC 20530
*Address*

katherine.raimondo@usdoj.gov
*E-mail address*

(202) 305-1987
*Telephone number*

(202) 514-1116
*FAX number*