UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                        Case No. 2:19–cv–12736–NGE–APP
                                           Hon. Nancy G. Edmunds

City of Troy,

                    Defendant(s),

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion for Summary Judgment – #43
        Motion for Summary Judgment – #45
        Motion for Summary Judgment – #46

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

Motions will be decided by the briefs unless otherwise ordered by the Court.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/L. Bartlett
                                                        Case Manager

Dated:   December 29, 2020