UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-cv-12736 |
| ) | |
| v. ) | Honorable Nancy G. Edmunds |
| ) | Mag. Judge Anthony P. Patti |
| **CITY OF TROY, MICHIGAN**, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' EX PARTE MOTION AND BRIEF TO EXCEED PAGE LIMIT FOR REPLY

Plaintiff United States of America moves ex parte pursuant to E.D. Mich. LR 7.1(d)(3) to exceed the page limit by one (1) page for its Reply Brief in support of its Motion for Summary Judgment, filed concurrently.

The United States moved for summary judgment on two distinct provisions of the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. §§ 2000cc-2000cc-5. In its response, Troy raised an issue that was not addressed in the initial motion. In order to appropriately brief the new issue, new facts and law must be addressed in the reply. For this reason, in order to fully address Troy's response, the United States requires an additional page for its Reply Brief.

Accordingly, the United States respectfully requests the Court grant its motion to exceed page limits by one (1) page in its Reply in Support of the United States'

Motion for Summary Judgment, filed concurrently. A proposed order was submitted via ECF.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MATTHEW SCHNEIDER<br>United States Attorney<br>Eastern District of Michigan | GREGORY B. FRIEL<br>Deputy Assistant Attorney General<br>Civil Rights Division |
|  | SAMEENA SHINA MAJEED<br>Chief |
| */s/ Shannon M. Ackenhausen*<br>SUSAN K. DECLERCQ<br>(P60545)<br>Assistant United States Attorney<br>Chief, Civil Rights Unit<br>SHANNON M. ACKENHAUSEN<br>(P83190)<br>Assistant United States Attorney<br>United States Attorney's Office<br>Eastern District of Michigan<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Phone: (313) 226-9730<br>Facsimile: (313) 226-3271<br>Susan.DeClercq@usdoj.gov<br>Shannon.Ackenhausen@usdoj.gov | */s/ Katherine A. Raimondo*<br>TIMOTHY J. MORAN<br>Deputy Chief<br>ABIGAIL B. MARSHAK<br>(NY 5350053)<br>KATHERINE A. RAIMONDO<br>(DC 985157)<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>United States Department of Justice<br>4 Constitution Square / 150 M Street NE<br>Washington, DC 20530<br>Phone: (202) 514-1968<br>Facsimile: (202) 514-1116<br>Abigail.Marshak@usdoj.gov<br>Katherine.Raimondo@usdoj.gov |

Dated: January 27, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2021, the foregoing paper was filed with the Clerk of the Court using the ECF System which will give notice to all counsel of record.

*/s/ Fatima Elzhenni*
Legal Assistant
United States Attorney's Office
for the Eastern District of Michigan
