UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CITY OF TROY,

       Defendant.
_____/

Case No. 19-cv-12736

Honorable Nancy G. Edmunds

## JUDGMENT

This is a case brought by the United States Government against the City of Troy, Michigan. The United States alleged that the City of Troy violated the Equal Terms and Substantial Burden Provisions of the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc-2000cc-5, ("RLUIPA"). (ECF No. 1). On March 18, 2022, the Court granted the United States' Motion for Summary Judgment on its claims. (ECF No. 55.)

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED.

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: March 18, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 18, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager