UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cv-12736 |
| Plaintiff, | HON. NANCY G. EDMUNDS |
| v. | |
| CITY OF TROY, MICHIGAN | EX PARTE MOTION TO FILE RESPONSE TO MOTION |
| Defendant. | FOR ADDITIONAL RELIEF |

_____/

Susan K. DeClercq (P60545)
Shannon M. Ackenhausen (P83190)
United States Attorney's Office
Attorneys for Plaintiff
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-3271
Susan.DeClercq@usdoj.gov
Shannon.Ackenhausen@usdoj.gov

Lori Grigg Bluhm (P46908)
Allan T. Motzny (P37580)
Troy City Attorney's Office
Attorneys for Defendant
500 W. Big Beaver Road
Troy, MI  48084
(248) 524-3320
bluhmlg@troymi.gov
motznyat@troymi.gov

Abigail B. Marshak (NY5350053)
Katherine A. Raimondo (DC985157)
United States Department of Justice
Attorneys for Plaintiff
4 Constitution Square/150 M Street NE
Washington, D.C. 20530
(202) 514-1968
Abigail.Marshak@usdoj.gov
Katherine.raimondo@usdoj.gov

_____/

# DEFENDANT CITY OF TROY'S EX PARTE MOTION TO FILE RESPONSE TO UNITED STATES'MOTION FOR ADDITIONAL RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e)

1

Defendant moves this Court for an Order allowing it to file a response to the United States' Motion for Additional Relief Under Federal Rule of Civil Procedure 59(e). In support of this motion Defendant states:

1. On April 13, 2022, The Plaintiff United States of America (USA) filed a motion seeking additional relief seeking to amend this Court's March 18, 2022 order, ECF No. 55.
2. The motion was filed pursuant to Federal Rule of Civil Procedure 59(e).
3. Pursuant to this Court's Local Rule 59.1, no response to a motion to amend a judgment is permitted unless the Court directs otherwise.
4. The City contends a response should be permitted because the USA makes several misrepresentations regarding the City of Troy's conduct that must be clarified to allow this Court to properly rule on the motion.
5. A copy of the City's proposed response is attached as an Exhibit.
6. Pursuant to Local Rule 7.1, the undersigned counsel sought concurrence from the relief sought in this motion and was advised by Abigail B. Marshak, Attorney for USA on April 25, 2022 that the USA "*does not object to Troy's motion to permit a response.*"

Wherefore, it is Defendant's request this Court grant this ex parte motion and permit the Defendant to file a response to the United States' Motion for Additional Relief Under Federal Rule of Civil Procedure 59(e).

Dated: April 25, 2022               s/Allan T. Motzny_____
                                                   Lori Grigg Bluhm (P46908)
                                                   Allan T. Motzny (P37580)
                                                   Attorneys for Defendant
                                                   500 W. Big Beaver Road
                                                   Troy, MI 48084
                                                   (248) 524-3320
                                                   motznyat@troymi.gov

## **BRIEF IN SUPPORT OF DEFENDANT CITY OF TROY'S EX PARTE MOTION TO FILE RESPONSE TO UNITED STATES'MOTION FOR ADDITIONAL RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e)**

Defendant relies on the above stated facts and court rule in support of its motion.

Dated: April 25, 2022               s/Allan T. Motzny_____
                                                   Lori Grigg Bluhm (P46908)
                                                   Allan T. Motzny (P37580)
                                                   Attorneys for Defendant
                                                   500 W. Big Beaver Road
                                                   Troy, MI 48084
                                                   (248) 524-3320
                                                   motznyat@troymi.gov

## Certificate of Service

I hereby certify that on April 25, 2022, I electronically filed the above motion with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record using the ECF system.

s/Allan T. Motzny
Lori Grigg Bluhm (P46908)
Allan T. Motzny (P37580)
Attorneys for Defendants
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
Dated: April 25, 2022                       motznyat@troymi.gov

4